David Anaise MD JD
177 North Church Avenue Suite 883
Tucson AZ 85701
Phone: 520-882-3622
Arizona State Bar No. 019653
Email: danaise2002@yahoo.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANITA BARAJAS, | No.: 4:11-cv-00322-DCB |
| Plaintiff, | |
| vs. | STIPULATION FOR VOLUNTARY |
| | DISMISSAL WITH PREJUDICE |
| UNIVERSITY PHYSICIANS HEALTHCARE (previously UPI), And LIFE INSURANCE COMPANY OF N.A. (A CIGNA COMPANY) | |
| Defendants. | |

    Having reached a settlement, the parties by and through their respective counsel, hereby stipulate that the above captioned matter be dismissed with prejudice with each of the parties to bear their own incurred costs and attorneys' fees.

    DATED this 3rd day of February, 2012.


By    s/DAnaise

David Anaise, M.D., J.D.
Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

William M. Demlong
Aeryn A. Heideman
3838 N Central Ave Ste 1500
Phoenix AZ 85012-1902
Attorneys for Defendants Life Insurance Company of North America and University Physicians Healthcare

   s/P. Moore de Gamboa

Courtesy copy to be delivered on or after February 6, 2012, to:

Judge David C. Bury
United States District Court, District of Arizona
405 W. Congress, Suite 1500
Tucson, AZ 85701-2417

s/ Pamela Moore de Gamboa
Asst. to Atty. David Anaise

G:\clientsP\Barajas, Anita\LTD documents\District Court\Barajas A ERISA Notice of Voluntary Dismissal - final 2-3-12.docx